Jeffry M. Dorocak, NV Bar No. 13109
Jeffrey L. Galliher, NV Bar No. 8078
Timothy J. Geswein, NV Bar No. 10049
Nechole M. Garcia, NV Bar No. 12746
LAS VEGAS CITY ATTORNEY'S OFFICE
495 S. Main Street, 6th Floor
Las Vegas, Nevada 89101
T: (702) 229-6629
*Attorneys for City of Las Vegas*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Sherry Alexander, | Case No. 2:23-cv-00480-JAD-VCF |
| Plaintiff, | |
| vs. | |
| City of Las Vegas, a municipal corporation, | |
| Defendant. | |

## Motion to Remove Attorney from Service List

The City of Las Vegas, though its counsel, moves to remove Bryan K. Scott from CM/ECF Service/Mailing List, as he retired from the City of Las Vegas on August 10, 2023.

DATED: August 23, 2023.

Jeffry M. Dorocak, Esq.
CITY ATTORNEY

*/s/ Timothy J. Geswein*
By: Timothy J. Geswein, Esq.
DEPUTY CITY ATTORNEY
*Attorney for City of Las Vegas*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  9-5-2023



**Certificate of Service**

I certify that on August 23, 2023, I served a true and correct copy of the City of Las Vegas' Motion to Remove Attorney from Service List through the CM/ECF system of the United States District Court for the District of Nevada to the parties of record.

*/s/ Ryann Milton*
AN EMPLOYEE OF THE CITY OF LAS VEGAS

