# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sherry Alexander,<br><br>　　　　Plaintiff<br>v.<br>City of Las Vegas,<br><br>　　　　Defendant | Case No. 2:23-cv-00480-JAD-MDC<br><br>**Order re: Second Motion to Extend Deadline to Respond to Motion for Summary Judgment**<br><br>ECF No. 24 |

　　　　Plaintiff Sherry Alexander is represented in this employment suit by attorney Melanie Hill, Esq. A month ago, this court granted Ms. Hill's request to extend her deadline to respond to the defendant's pending motion for summary judgment, which was filed in mid-January,[1] because Ms. Hill was then in a jury trial in front of the undersigned judge.[2] Minutes before that extended deadline arrived, Ms. Hill filed a motion for a second extension, this time because she was headed out of the office for ten days for spring break vacation.[3] The defendant opposes this request, arguing that Ms. Hill has not shown good cause because her last-minute filing doesn't reflect that she has been diligent in seeking an extension or that she truly needs so much additional time.[4]

---

[1] ECF No. 22.
[2] ECF No. 23.
[3] ECF No. 24.
[4] ECF No. 25.

Unfortunately, last-minute extension requests and late filings have become routine for Ms. Hill.[5]  They create unnecessary delays, require extra responses and orders, and drive up the cost of litigation.  So although this court will grant this second extension request and extend the deadline to respond to the motion for summary judgment until March 25, 2024, this deadline will not be further extended absent extraordinary circumstances—and another vacation or a post-vacation medical episode will not be deemed extraordinary in light of Ms. Hill's history with this court.

Accordingly, IT IS ORDERED that **the motion for a second extension of time [ECF No. 24] is GRANTED, and the plaintiff's response to the motion for summary judgment [ECF No. 21] must be filed on or before March 25, 2024.  This deadline is not likely to be further extended.**

_____
U.S. District Judge Jennifer A. Dorsey
March 18, 2024

---

[5] This was true in the *Dittmar v. City of North Las Vegas* case, 2:17-cv-02916-JAD-BNW, which went to trial last month.