MELANIE A. HILL
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
1925 Village Center Circle, Ste. 150
Las Vegas, Nevada 89134
Tel: (702) 362-8500
Fax: (702) 362-8505
Email: Melanie@MelanieHillLaw.com
*Attorneys for Plaintiff Sherry Alexander*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SHERRY ALEXANDER,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, a municipal corporation,<br><br>  Defendant. | CASE NO.: 2-23-cv-00480-JAD-MDC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF Nos. 21, 29 |

COMES NOW Plaintiff Sherry Alexander, by and through her undersigned counsel of record Melanie Hill of Melanie Hill Law PLLC, and Defendant City of Las Vegas, by and through its undersigned counsel of record Nechole Garcia and Timothy Geswein, Deputy City Attorneys with the City of Las Vegas, respectfully submit the following stipulation and order to dismiss the amended complaint in this matter with prejudice on the following terms:

Rule 41(a)(2) of the Federal Rules of Civil Procedure provides, in relevant part, that after a defendant files an answer or a motion for summary judgment "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Plaintiff Sherry Alexander filed an Amended Complaint in this matter on July 13, 2023. Defendant filed a Motion for Summary Judgment on January 18, 2024 which Plaintiff opposed on March 25, 2024.

/ / /

By and through this stipulation and order, the parties stipulate to dismiss this matter, with prejudice, with each party to bear its own costs and attorneys' fees. The parties further stipulate to withdraw the motion for summary judgement [ECF No. 21]. Plaintiff further forever waives and discharges all claims brought in this action against the City and its current and former elected officials, employees and agents.

DATED this 19th day of April, 2024.

| MELANIE HILL LAW PLLC | CITY ATTORNEYS' OFFICE, LAS VEGAS |
|---|---|
| /s/ Melanie A. Hill | /s/ Nechole Garcia |
| MELANIE A. HILL<br>Nevada Bar No. 8796<br>1925 Village Center Circle, Ste. 150<br>Las Vegas, Nevada 89134<br>Tel: (702) 362-8500<br>Fax: (702) 362-8505<br>Email: Melanie@MelanieHillLaw.com<br>**Attorneys for Plaintiff Sherry Alexander** | TIMOTHY J. GESWEIN<br>Nevada Bar No. 10049<br>NECHOLE GARCIA<br>Nevada Bar No. 12746<br>495 S. Main Street<br>Las Vegas, Nevada 89101<br>Tel: (702) 229-6629<br>Fax: (702) 386-1749<br>Email: tgeswein@lasvegasnevada.gov<br>Email: ngarcia@lasvegasnevada.gov<br>**Attorneys for Defendant City of Las Vegas** |

## ORDER

Based on the parties' stipulation [ECF No. 29] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs. **The pending motion for summary judgment [ECF No. 21] is deemed WITHDRAWN**, and the Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 22, 2024

Melanie Hill Law PLLC
1925 Village Center Circle,
Ste. 150
Las Vegas, Nevada 89134
(702) 362-8500